| | |
|---|---|
| Jean-Paul Ciardullo (SBN 284170)<br>jciardullo@foley.com<br>**FOLEY & LARDNER LLP**<br>555 S. Flower Street, Suite 3300<br>Los Angeles, CA 90071-2418<br>Phone:     213.972.4500<br>Facsimile: 213.486.0065<br><br>*Attorneys for Plaintiff*<br>*LIDER ELECTRIC INC.* | Martin J. Foley<br>**MARTIN J. FOLEY, A PLC**<br>601 S. Figueroa Street, Suite 2050<br>Los Angeles, California 90017<br>(213) 248-0577<br>martin@mjfoleylaw.com<br>Telephone: (213) 972-4500<br><br>Edward H. Rice (*pro hac vice*)<br>**LAW OFFICE OF EDWARD H. RICE, LLC**<br>555 Skokie Blvd., Suite 500<br>Northbrook, Illinois 60062 Electric Inc.<br>ed@edwardricelaw.com<br>(312) 953-4566<br><br>*Counsel for Defendant and*<br>*Counter-Claimant,*<br>*SOCKET SOLUTIONS, LLC* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LIDER ELECTRIC INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>SOCKET SOLUTIONS, LLC,<br><br>             Defendant.<br><br>SOCKET SOLUTIONS, LLC,<br><br>             Counter-Claimant,<br><br>     v.<br><br>LIDER ELECTRIC INC.,<br><br>             Counter-Defendant. | Case No. 8:23-cv-01054-JWH-KES<br><br>**JOINT STIPULATION FOR DISMISSAL OF CASE** |

Case No. 8:23-cv-01054-JWH-KES

4872-2173-1253.1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Lider Electric Inc. ("Lider") and Socket Solutions, LLC ("Socket Solutions") (collectively the "Parties") hereby jointly stipulate to dismissal of this lawsuit on the following terms:

- Socket Solutions' claims for infringement are dismissed without prejudice,
- Lider's claims for declaratory judgment of non-infringement and invalidity are dismissed without prejudice, and
- Socket Solutions' claims for false advertising are dismissed with prejudice.
- Each Party to bear its own costs and fees.

DATED: April 9, 2024

**FOLEY & LARDNER LLP**

/s/ Jean-Paul Ciardullo
Jean-Paul Ciardullo

*Attorneys for Plaintiff*
*LIDER ELECTRIC INC.*


**MARTIN J. FOLEY, A PLC**

/s/ Martin J. Foley
Martin J. Foley

*Counsel for Defendant and Counter-Claimant,*
*SOCKET SOLUTIONS, LLC*


**ELECTRONIC SIGNATURE CERTIFICATION**

Martin J. Foley authorized me to electrically file this document.

/s/ Jean-Paul Ciardullo
Jean-Paul Ciardullo